

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00310-CV

| | | |
|---|---|---|
| JOSEPH E. EASON III AND CATHERINE WEIL, Appellants | § | On Appeal from County Court at Law No. 3 |
| | § | of Tarrant County (2017-002610-3) |
| V. | § | December 3, 2020 |
| DEERING CONSTRUCTION, INC. D/B/A DK CONSTRUCTION, Appellee | § | Memorandum Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We reverse the portion of the trial court's judgment as to attorney's fees and remand the issue for a new trial. We affirm the awarded damages conditioned on our suggestion of a $2,734.74 remittitur. If appellee Deering Construction, Inc. timely files the suggested remittitur with the trial court no later than fifteen days after this judgment, we will reform the amount of damages and affirm those damages as reformed. Otherwise, we will reverse and remand for a new trial on the issues of liability and damages. We affirm the remainder of the judgment.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
    Justice Lee Gabriel